[No. 1724.]

THE STATE OF NEVADA, EX REL. H. J. JONES, AND G. S. GARCIA, RELATORS, *v.* GEORGE S. BROWN, JUDGE OF THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN AND FOR ELKO COUNTY, AND PETE CORTA, RESPONDENTS.

APPLICATION by the State of Nevada, on the relation of H. J. Jones, *et al.*, for a writ of prohibition to George S. Brown, District Judge, *et al.*   **Application dismissed.**

The facts sufficiently appear in the opinion.

*E. J. L. Taber,* for Relators.

*F. S. Gedney* and *Charles B. Henderson,* for Respondents.

By the Court, NORCROSS, J.:

The record discloses a similar statement of facts, and the same questions of law are involved, as in the case of *State* v. *Brown, Judge, etc., et al.* (No. 1722), just decided by this court. Upon the authority of that case, we hold that the district court acquired jurisdiction of the appeal of the action of *H. J. Jones et al., Plaintiffs,* v. *Peter Corta et al., Defendants,* numbered 14 on the docket of the Justice Court of Elko Township, Elko County, State of Nevada, and in proceeding to hear and determine said appeal it would not exceed its powers.

The application for peremptory writ of prohibition should be dismissed.

It is so ordered.

TALBOT, C. J.: I concur.

SWEENEY, J.: I dissent.